IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. _____ |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **DAISEAN MONTEZ SKEETERS** | ) | **INFORMATION** |

## COUNT 1

THE UNITED STATES ATTOREY CHARGES:

On or about July 17, 2024, in the District of South Carolina, the Defendant, **DAISEAN MONTEZ SKEETERS**, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, to wit: a Glock, Model 43x, 9mm pistol and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18 United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **DAISEAN MONTEZ SKEETERS**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)  any firearms and ammunition (as defined in 18 U.S.C. § 921) -

   (1)  involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A.   Firearm:

Glock, Model 43x, 9mm pistol
Serial Number: CACY315

B.   Ammunition:

Miscellaneous rounds of 9mm caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/ M. R. Sanford
Matthew R. Sanford (Fed. ID # 12473)
Elliott B. Daniels (Fed. ID # 11931)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3000
Fax:    803-256-0233
Email: Matthew.Sanford@usdoj.gov

3